TAMARA CREPET, Bar No. 277408
Pier 9, suite 100
San Francisco, CA 94111
Telephone: (415) 517-3496
Email: Tamara_taclaw.org

Counsel for Defendant ANDERSON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>CARL ANDERSON,<br><br>        Defendant. | No. 24-CR-246 JD<br><br>STIPULATION AND [PROPOSED] ORDER TO CONTINUE CHANGE-OF-PLEA HEARING |

  Defendant Carl Anderson and the Government, by and through their respective counsel, stipulate and agree, with the Court's approval, that the change-of-plea hearing currently set for February 10, 2025 at 10:30 a.m. may be continued to March 3, 2025 at 10:30 a.m. The reason for the requested continuance is that additional information that bears on the plea came to light last Friday, which counsel will need to discuss with her client.

  The parties also stipulate and agree that excluding time to March 3, 2025, will allow for effective preparation of counsel. 18 U.S.C. § 3161(h)(7)(B)(iv). The parties further stipulate and agree that the ends of justice served by excluding the time from February 10, 2025 to March 3, 2025, outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. §§ 3161(h)(7)(A), (h)(7)(B)(iv).

//
//
//
//

IT IS SO STIPULATED.

Dated: February 6, 2025

_____/s/_____
Tamara Crepet
Counsel for Defendant

Dated: February 6, 2025

ISMAIL J. RAMSEY
United States Attorney

_____/s/_____
Kevin Barry
Assistant United States Attorney

### [PROPOSED] **ORDER**

Upon agreement and stipulation of the defendant, and the United States, and their respective counsel, and good cause appearing, IT IS HEREBY ORDERED that defendant Carl Anderson's hearing set for February 10, 2025 at 10:30 a.m. be continued to March 3, 2025 at 10:30 a.m.

It is also ORDERED that time may be excluded to March 3, 2025, to allow for the effective preparation of counsel. The Court finds that failing to exclude time to March 3, 2025 would unreasonably deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. *See* 18 U.S.C. §§ 3161(h)(7)(A), (h)(7)(B)(iv).

The Court further finds that the ends of justice served by excluding the time between February 10, 2025 and March 3, 2025, outweigh the interests of the public and the defendant in a speedy trial. 18 U.S.C. §§ 3161(h)(7)(A), (h)(7)(B)(iv).

IT IS SO ORDERED.

DATED: February 7, 2025

_____
JAMES DONATO
United States District Judge

STIPULATION AND [PROPOSED] ORDER
24-CR-246 JD